IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN D. WOODSON | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
|     v. | : | NO. 12-973 |
| | : | |
| RICHARD COLAJEZZI, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of October 2012, upon consideration of Plaintiff's Motion for Preliminary Injunctive Relief (Doc. No. 10), Defendants' Motion to Dismiss (Doc. Nos. 15, 16), and Plaintiff's response, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Preliminary Injunctive Relief is **DENIED**;

2. Defendants' Motion to Dismiss is **GRANTED** on alternative grounds; and

3. The Complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2) for failure to state a claim.

Plaintiff is granted leave to file an amended complaint **on or before November 6, 2012.**

The Clerk of Court is direct to **CLOSE** this case.

It is so **ORDERED.**

                                                                      **BY THE COURT:**

                                                                      **/s/ Cynthia M. Rufe**

                                                                      _____

                                                                      **CYNTHIA M. RUFE, J.**